FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

## COMPLAINT

Smith
_____
(Last Name)      (Identification Number)

Torey
_____
(First Name)      (Middle Name)

(Institution)
3527 Ridgecrest Dr Jxn ms 39212
(Address)
(Enter above the full name of the plaintiff, prisoner and address of plaintiff in this action)

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUN 12 2019
BY_____ARTHUR JOHNSTON_____DEPUTY

V.    CIVIL ACTION NUMBER: 3:19cv406 HTW-LRA
(to be completed by the Court)

Clinton Police Department

MAdison County Jail

WARRen county Jail Et Al.

Hinds County Jail Et Al

Unknown officers

(Enter the full name of the defendant(s) in this action)

## GENERAL INFORMATION

A. At the time of the incident complained of in this complaint, were you incarcerated?
   Yes (✓)   No ( )

B. Are you presently incarcerated?
   Yes ( )   No (✓)

C. At the time of the incident complained of in this complaint, were you incarcerated because you had been convicted of a crime?
   Yes ( )   No (✓)

D. Are you presently incarcerated for a parole or probation violation?
   Yes ( )   No (✓)

E. At the time of the incident complained of in this complaint, were you an inmate of the Mississippi Department of Corrections (MDOC)?
   Yes ( )   No (✓)

F. Are you currently an inmate of the Mississippi Department of Corrections (MDOC)?
   Yes ( )   No (✓)

Page 1 of 4

## PARTIES

(In item I below, place your name and prisoner number in the first blank and place your present address in the second blank.)

I. Name of plaintiff: Toray C. Smith   Prisoner Number: ___

Address: 3527 Ridgecrest Dr Jxn MS 39212

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use the space below item II for the names, positions and places of employment of any additional defendants.)

II. Defendant: Clinton Police Department is employed as City Work at Clinton Police Department

The plaintiff is responsible for providing his/her address and in the event of a change of address, the new address of plaintiff as well as the name(s) and address(es) of each defendant(s). Therefore, the plaintiff is required to complete the portion below:

PLAINTIFF:

NAME: Torey C. Smith

ADDRESS: 3524 Ridgecrest Dr Jxn MS 39212

DEFENDANT(S):

NAME:
Clinton Police Department
Madison County Sheriff's Dept
Warren County Jail
Hinds County Sheriff

ADDRESS:
305 Monroe St Clinton MS 39056
2941 S Liberty St Canton MS 39046
1000 Grove St Vicksburg MS 39183
407 E Pascagoula St Jxn MS 39205

ET AL

## OTHER LAWSUITS FILED BY PLAINTIFF

**NOTICE AND WARNING**
The plaintiff must fully complete the following questions. Failure to do so may result in your case being dismissed.

A. Have you ever filed any lawsuits in a court of the United States? Yes (✓) No ( )

B. If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you. (If there is more than one action, complete the following information for the additional actions on the reverse of this page or additional sheets of paper.)

CASE NUMBER 1.
1. Parties to the action: Unknown
2. Court (if federal court, name the district; if state court, name the county): Southern Dist
3. Docket Number: N/A
4. Name of judge to whom case was assigned: N/A
5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?) _____

CASE NUMBER 2.
1. Parties to the action: _____
2. Court (if federal court, name the district; if state court, name the county): _____
3. Docket Number: _____
4. Name of judge to whom case was assigned: _____
5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?) _____

## STATEMENT OF CLAIM

III. State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also, include the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need; attach extra sheet(s) if necessary).

I was booked It the clinton Police Department on About May-30-2019 I was Denied Medical Treatment Thrown Is A Jail cell was Denied Any Toilet Paper, Phone calls, was not giving my Medication I was Provided Cold Food, I was Then Taken To The Hinds County Jail Booked In on About 5-30-2019 I was Placed In cell B-1 Where I was Placed Into A Area without lights, Rats, smoke, Then Later Removed To A cell within Booking Placed without Being Able To Used Phone, Bathroom And was leaved medcation's Then Later was force To cut my hair Taken To medical cell Where I wasn't Able To have The Access of others was Transfered To Warren County Jail And was Placed Inside of Drunk Tank without the needs of others It was Stated Because of my Saxuality This Where I'll Be Later Taken To Madison County Jail Where I was Taken To A vistion Room Cold Not Able To use The Restroom For 1hour/half was Force To Sleep on Floor, The Taken To A Attorney Room Left There For hours Takin To medical, cell lights on 24hours Couldn't use Phone And was Treated Badly.

## RELIEF

IV. State what relief you seek from the court. Make no legal arguments. Cite no cases or statutes.

Monetary, damages 250,000 legal fees, Puntive, dames, Constant Damage, ongoing medical Treatment And more To come.

Signed this 12 day of June, 20 19.

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Tory C. Smith
Signature of plaintiff