# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**TOREY C. SMITH**                                                                    **PLAINTIFF**

**VS.**                                            **CIVIL ACTION NO. 3:19CV406-HTW-LRA**

**CLINTON POLICE DEPARTMENT,
MADISON COUNTY SHERIFF'S
DEPARTMENT, WARREN COUNTY
JAIL and HINDS COUNTY SHERIFF**                         **DEFENDANTS**

## ORDER

On November 14, 2019, this Court entered an Order directing the Plaintiff, Torey Smith, to file an Amended Complaint that contained all of the Defendants and all of his claims. Apparently, the Court was not clear in directing that the Defendants and claims be contained in *one document*. The Defendants are entitled to have only one document to review that lets them know who they are and what the claims are against them, rather than perusing the docket for every change that the Plaintiff decides to make in this case. The Plaintiff may use the form on which he submitted his original Complaint, and he should combine his new claims with the ones already brought. These claims should all arise from the same transaction, occurrence, or series of transactions and occurrences. Once the amended complaint is filed, the case will proceed only on the basis of the parties and claims identified therein. No other claims and no further amendments will be allowed, absent good cause.

**IT IS, THEREFORE, ORDERED** that Torey Smith's Motion to Amend Complaint [Doc. #18], his Motion to Amend and Add to Complaint [Doc. #24], and his

Motion to Add Defendants [Doc. #25] are all hereby **denied** without prejudice to the Plaintiff's right to re-urge these claims, combined with his earlier claims, in one Complaint, as described above.

**IT IS FURTHER ORDERED** that the Plaintiff submit an Amended Complaint on or before February 28, 2020.

This the 11th day of February, 2020.

/s/ Linda R. Anderson
UNITED STATES MAGISTRATE JUDGE